IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 199/847 WELFARE, PENSION, EDUCATION, and ANNUITY FUNDS, <u>et al.</u>, <br>                    Plaintiffs <br><br>           v. <br><br> DAVIS-GIOVINAZZO CONSTRUCTION CO. <br>                    Defendant. | :   CIVIL ACTION <br> : <br> :   NO. 02-CV-4551 (JCJ) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**<u>CLERK'S JUDGMENT</u>**

I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania, do hereby certify that the docket entries in the above-entitled action indicate that the Summons and Complaint herein were filed on July 8, 2002, and that defendant, Davis-Giovinazzo Construction Co., was served with a copy of the Summons and Complaint on July 12, 2002, as substantiated by Plaintiffs' Affidavit of service filed with this Court.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the Complaint herein and that time to answer the Complaint has expired. The default of the defendant and Default Judgment is hereby noted and entered.

_____
MICHAEL E. KUNZ, CLERK
United States District Court for the
Eastern District of Pennsylvania

Dated:_____

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 199/847 WELFARE, PENSION, EDUCATION, and ANNUITY FUNDS, et al., Plaintiffs | : : : : : : | CIVIL ACTION NO. 02-CV-4551 (JCJ) |
| v. | : : | |
| DAVIS-GIOVINAZZO CONSTRUCTION CO. Defendant. | : | |

**AFFIDAVIT IN SUPPORT OF AND REQUEST FOR**
**THE ENTRY OF JUDGMENT BY DEFAULT**

**JONATHAN WALTERS, ESQUIRE,** being duly sworn, hereby deposes and says:

1.   I am counsel to Plaintiffs in the above-captioned matter. I am a partner in the law firm of Markowitz and Richman. I graduated Harvard College in 1971 and Harvard Law School in 1975. I am admitted to practice law in the Commonwealths of Pennsylvania and Massachusetts and the District of Columbia and have been admitted to practice in, but am on inactive status with, the State of California. I have spent over twenty five years representing labor organizations and jointly-administered employee benefit plans. When I perform work for such benefit plans and seek hourly compensation, I bill at the rate of $285.00 per hour.

2. I am a member of the Bar of this Court and I make this Affidavit and Request pursuant to Rule 55 of the Federal Rules of Civil Procedure and in support of Plaintiffs' application for the Entry of Default and Default Judgement against defendant, Davis-Giovinazzo Construction Co.

3. This action was commenced on July 8, 2002 by the filing of a Complaint and the issuance of a Summons to recover employee benefits due pursuant to a collective bargaining agreement.

4. Copies of the Complaint and Summons were served upon the defendant on or about July 12, 2002 by a process server. A copy of the return certifying defendant's receipt of the Summons and Complaint has been previously filed with this Court.

5. The time within which defendant was required to answer and/or move this court in respect to the Complaint has expired and defendant has failed, neglected, and/or refused to answer.

6. In this action, Plaintiffs sought judgment in the principal amount of $6,826.86, as well as interest on contributions owed but not paid to the Funds for the months of October and November, 2001 and April and May, 2002, and interest of $129.62, assessed at the legal rate of interest permitted in the State of Delaware as called for in the Agreements and Declaration of Trust, together with an Order requiring defendant to make contributions to the Funds for hours worked during the months of April and May, 2002, to file reports with the Funds accounting for

the contributions for such months, and to make future contributions in a timely manner and in accordance with the relevant collective bargaining agreement and Agreements and Declarations of Trust establishing the plaintiff benefit funds, as well as judgment for all additional, if any, sums found to be due pursuant to said audit, interest, attorney's fees, and costs of the court.

7. Plaintiffs have good and meritorious cause of action against defendant. The amount shown to be due plaintiffs by defendant in Plaintiffs' Statement of Damages is justly due and owing which the defendant has failed and refused to pay.

8. Jurisdiction of the subject matter is based on the Employee Retirement Income Security Act of 1974, as amended, 20 U.S.C. 1132 et seq.

9. This Court has jurisdiction over this action pursuant to §301 of the Labor Management Relations Act, 20 U.S.C. §185 and pursuant to 28 U.S.C. §§1331 and 1337.

10. Defendant is not a minor, mentally incompetent, nor in the military service of the United States.

11. My fee in this matter is $1,083.00. Said fee is reasonable and has been necessarily incurred and has been calculated at the hourly rate of $285.00 as follows:

| **Activities** | **Date** | **Hours** |
|---|---|---|
| Preparation and filing of Complaint and supporting documents, Correspondence to Clerk of Court and to Fund Administrator | July 2, 2002 | 1.8 |
| Preparation and filing of Motion for Default and supporting documents, telephone conversation with Fund Administrator | September 6, 2002 | 2.0 |
| Total Hours | | 3.8 |

12, Plaintiffs have incurred costs in conjunction with this matter in the amount of $253.59 including a $150.00 filing fee, $59.70 service fee, and $43.89 for postage, photocopying, and telephone costs.

13. I make this Affidavit based on my own personal knowledge, and swear that I am competent to testify to the above matter in a court of law.

                                 BY:_____
                                      JONATHAN WALTERS, ESQUIRE
                                      Attorney I.D. No. 23900
                                      1100 North American Building
                                      121 South Broad Street
                                      Philadelphia, PA 19107
                                      (215) 875-3121
                                      Attorney for Plaintiffs

Sworn to and subscribed
before me this          day
of            , 2002.
_____
    Notary Public

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 199/847 WELFARE, PENSION, EDUCATION, and ANNUITY FUNDS, <u>et al.</u>, | : : : : | CIVIL ACTION<br><br>NO. 02-CV-2871 (CW) |
| Plaintiffs | : : | |
| vi. | : : | |
| DAVIS-GIOVINAZZO CONSTRUCTION CO. Defendant. | : : | |

## **<u>ORDER AND DEFAULT JUDGEMENT</u>**

This action having been commenced on July 8, 2002 by the filing of a Summons and Complaint. On July 12, 2002, the defendant, Davis-Giovinazzo Construction Co. was served with a copy of the Summons and Complaint as is substantiated by the Return of Service previously filed with this Court. Therefore, the defendant named herein, no having answered the Complaint, and the time for answering the Complaint having expired, it is **ORDERED, ADJUDGED,** and **DECREED :**

The plaintiffs have judgment against the defendant named herein in the amount of $8,293.07 with interest thereon at the legal rate.

The defendant shall make all contributions to the plaintiff Funds for hours worked during the months of April through August, 2002, file with the plaintiff Laborers Benefit Funds of Delaware, Inc. appropriate reports for the months of April through August, 2002, make all future contributions to the plaintiff benefit funds in a timely manner and in accordance with the

applicable collective bargaining agreement and Agreement and Declaration of Trusts establishing the plaintiff benefit funds.

                                                          _____
                                                            U.S.D.J

This judgment was entered on the docket on _____.

Case 2:02-cv-04551-JCJ   Document 4   Filed 09/10/2002   Page 7 of 11

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 199/847 WELFARE, PENSION, EDUCATION, and ANNUITY FUNDS, et al., | : : : : : | CIVIL ACTION<br><br>NO. 02-CV-4551 (JCJ) |
| Plaintiffs | : : | |
| vii. | : : | |
| DAVIS-GIOVINAZZO CONSTRUCTION CO, INC., | : : | |
| Defendant | : | |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT**

AND NOW COME the Plaintiffs, by and through their attorneys, Markowitz and Richman, and moves this Court to enter default judgment in their favor. In support thereof, the Plaintiffs rely upon the Complaint, the Affidavit of Jonathan Walters and their Statement of Damages.

WHEREFORE, the Plaintiffs move this Honorable Court to enter judgment on their behalf in the amount of in the amount of $8,293.07 with interest thereon at the legal rate and to further order that the defendant shall make all contributions to the plaintiff Laborers Benefit Fund of Delaware, Inc. for all hours worked during the months of April through August, 2002, file with the plaintiff Laborers Benefit Funds of Delaware, Inc. appropriate reports for the months of April through August, 2002, make all future contributions to the plaintiff benefit funds in a timely manner in accordance with the applicable collective bargaining agreement and the

8

rules of the Agreements and Declarations of Trusts establishing the plaintiff Laborers Benefit Funds of Delaware, Inc.

                Respectfully submitted,

BY:_____
   JONATHAN WALTERS, ESQUIRE
   Attorney I.D. No. 23900
   1100 North American Building
   121 South Broad Street
   Philadelphia, PA 19107
   (215) 875-3121
   Telefax: (215) 790-0668
   Email: jwalters@markowitzandrichman.com

Dated: 9 September, 2002

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 199/847 WELFARE, PENSION, EDUCATION, and ANNUITY FUNDS, et al., | : : : : | CIVIL ACTION NO. 02-CV-2871 (CW) |
| Plaintiffs | : : | |
| viii. | : : : | |
| DAVIS-GIOVINAZZO CONSTRUCTION CO. Defendant. | : : | |

## **STATEMENT OF DAMAGES**

| | |
|---|---:|
| Principal Amount | $ 2,690.40 |
| Liquidated Amount | $ 4,136.46 |
| Interest | $    129.62 |
| | $6,956.48 |
| Costs, Fees, and Disbursements: | |
| Filing Fee | $    150.00 |
| Process Server | $     59.70 |
| Photocopying and postage | $     43.89 |
| Attorney's fees | $  1,083.00 |
| | $1,336.59 |
| | |
| **TOTAL JUDGMENT** | $8,293.07 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 199/847 WELFARE, PENSION, EDUCATION, and ANNUITY FUNDS, et al., | : : : : | CIVIL ACTION NO. 02-CV-4551 (JCJ) |
| Plaintiffs | : : | |
| ix. | : : | |
| DAVIS-GIOVINAZZO CONSTRUCTION CO. Defendant. | : : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Default Judgment package was served upon the following by regular first class mail, postage prepaid to:

Davis-Giovinazzo Construction Co
921-B Bethlehem Pike
PO Box 819
Springhouse PA 19477

_____
JONATHAN WALTERS, ESQUIRE

Dated: September 9, 2002

11