IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
LABORERS INTERNATIONAL UNION    : CIVIL ACTION
OF NORTH AMERICA, LOCAL NO.     :
199/847 WELFARE, PENSION,       :
EDUCATION AND ANNUITY FUNDS,    : NO. 02-CV-4551
ET. AL.                         :
                                :
         vs.                    :
                                :
DAVIS-GIOVINAZZO CONSTRUCTION   :
CO.                             :
```

**ORDER**

AND NOW, this            day of October, 2002, upon consideration of Plaintiffs' Motion for Default Judgment and it appearing to the Court that Defendant has failed to answer the complaint and that the Motion for Default is uncontested, it is hereby ORDERED that the Motion is GRANTED and Default Judgment is entered in favor of the Plaintiffs and against Defendant as follows:

1. Defendant is ORDERED to pay all contributions to the Plaintiff Laborers Benefit Funds of Delaware, Inc. for all hours worked during the months of April through August, 2002, to file with the plaintiff Laborers Benefit Fund of Delaware, Inc. appropriate reports for the months of April through August, 2002 and to make all future contributions to the plaintiff benefit funds in a timely manner in accordance with the collective bargaining agreement and the rules of the Agreements and

Declarations of Trusts establishing the plaintiff Laborers Benefit Funds of Delaware, Inc.

    2.  Defendant is ORDERED to pay the sum of $6,826.86 for delinquent contributions owed to the plaintiff funds for the months of October and November, 2001 and April and May, 2002 together with interest in the amount of $129.62.

    3.  Defendant is ORDERED to pay Plaintiffs' attorneys' fees and costs in the amount of $1,336.59.  <u>See Generally</u>: 29 U.S.C. §1132; Local Rule of Civil Procedure 7.1(c).

                                          BY THE COURT:

                                          _____
                                          J. CURTIS JOYNER,       J.