IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 199/847 WELFARE, PENSION, EDUCATION, AND ANNUITY FUNDS, ETAL. | : CIVIL ACTION :  :  :  : |
| vs. | : : |
| DAVIS-GIOVINAZZO CONSTRUCTION CO. | : : |
| and | : : |
| PNC BANK, NATIONAL ASSOCIATION, GARNISHEE | : : NO. 02-CV-4551 (JCJ) |

### ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance on behalf of PNC Bank, National Association, Garnishee, in the above-captioned matter.

_____
JON C. SIRLIN
Attorney for Garnishee
Attorney I.D. #17498

SIRLIN GALLOGLY & LESSER, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA 19102
(215) 864-9700

Date:_____