# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 199/847 WELFARE, PENSION, EDUCATION, AND ANNUITY FUNDS, ETAL. | : CIVIL ACTION |
| vs. | : |
| DAVIS-GIOVINAZZO CONSTRUCTION CO. | : |
| and | : |
| PNC BANK, NATIONAL ASSOCIATION, GARNISHEE | : NO. 02-CV-4551 (JCJ) |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance on behalf of PNC Bank, National Association, Garnishee, in the above-captioned matter.

                                                Validation of Signature Code: JCS5409  
                                                JON C. SIRLIN  
                                                Attorney for Garnishee  
                                                Attorney I.D. #17498

                                                SIRLIN GALLOGLY & LESSER, P.C.  
                                                1529 Walnut Street, Suite 600  
                                                Philadelphia, PA 19102  
                                                (215) 864-9700

Date:_____