IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 199/847 WELFARE, PENSION, EDUCATION, AND ANNUITY FUNDS, ETAL. | : CIVIL ACTION : : : : |
| vs. | : : |
| DAVIS-GIOVINAZZO CONSTRUCTION CO. | : : |
| and | : : |
| PNC BANK, NATIONAL ASSOCIATION,      GARNISHEE | : : NO. 02-CV-4551 (JCJ) |

**ANSWERS TO INTERROGATORIES IN ATTACHMENT**

TO:  LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 199/847 WELFARE, PENSION, EDUCATION, AND ANNUITY FUNDS, ET AL., Plaintiff

   1.   No.

2.   2.   Yes. Defendant maintains an account titled Davis Giovinazzo Construction. The sum of $10,093.07 has been restricted pursuant to this Writ. Pursuant to the terms and conditions of the deposit agreement between the bank and the depositor, the bank claims a priority lien in, and a right of set-off against the account consisting of $100.00 Legal Processing Charge, leaving a balance for execution purposes of $9,993.07. In addition, pursuant to 42 Pa.C.S.A. Section 2503, garnishee attorneys fees are authorized in an amount to be determined and deducted from the attached funds.

   3. - 6.   No.

Validation of Signature Code: JCS5409
JON C. SIRLIN
Attorney for Garnishee
Attorney I.D. #17498

SIRLIN GALLOGLY & LESSER
1529 Walnut Street, Suite 600
Philadelphia, PA l9102
(215) 864-9700

Dated:_____