IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 199/847 WELFARE, PENSION, EDUCATION, and ANNUITY FUNDS, et al., | : : : : | CIVIL ACTION |
| Plaintiffs | : : | NO. 02-CV-4551 (JCJ) |
| v. | : : | |
| DAVIS-GIOVINAZZO CONSTRUCTION CO., Defendants | : : : | |
| and | : : | |
| PNC BANK, NATIONAL ASSOCIATION, Garnishee | : : | |

_____

PRAECIPE FOR ENTRY OF JUDGMENT
BY ADMISSION AGAINST GARNISHEE
_____

TO THE CLERK OF THE COURT:

Please enter judgment in favor of the plaintiff and against the garnishee, PNC Bank, National Association, in the sum of $8,293.07 admitted in answers to interrogatories as being owed to the defendant and which is not greater than the sum due from defendant to plaintiff, in accordance with the Judgment in the amount of $8,293.07 entered against the defendant by Hon. J. Curtis Joyner, U.S.D.J., on October 3, 2002.

MARKOWITZ & RICHMAN

June 10, 2005                        /s/   R. Matthew Pettigrew, Jr.
DATE                                 R. MATTHEW PETTIGREW, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 199/847 WELFARE, PENSION, EDUCATION, and ANNUITY FUNDS, et al., | : : : : | CIVIL ACTION |
| Plaintiffs | : | NO. 02-CV-4551 (JCJ) |
| v. | : : | |
| DAVIS-GIOVINAZZO CONSTRUCTION CO., Defendants | : : : | |
| and | : : | |
| PNC BANK, NATIONAL ASSOCIATION, Garnishee | : : | |

CERTIFICATE OF SERVICE

    I hereby certify that true and correct copies of the foregoing praecipe for entry of judgment by admission against the garnishee were served upon the defendant and the garnishee, via first-class mail, postage prepaid, addressed as follows:

Jon C. Sirlin, Esquire  
Sirlin, Gallogly & Lesser  
Suite 600  
1529 Walnut Street  
Philadelphia, PA 19102

Davis-Giovinazzo Construction Co.  
P.O. Box 819  
921-B Bethlehem Pike  
Springhouse, PA 19477

MARKOWITZ & RICHMAN

June 10, 2005  
DATE

/s/ R. Matthew Pettigrew, Jr.  
R. MATTHEW PETTIGREW, JR.