IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 199/847 WELFARE, PENSION, EDUCATION, AND ANNUITY FUNDS, ETAL. | : CIVIL ACTION |
| vs. | : |
| DAVIS-GIOVINAZZO CONSTRUCTION CO. | : |
| and | : |
| PNC BANK, NATIONAL ASSOCIATION, GARNISHEE | : NO. 02-CV-4551 (JCJ) |

## BILL OF COSTS OF GARNISHEE, PNC BANK, NATIONAL ASSOCIATION

Garnishee, PNC Bank, National Association, hereby bills the following costs to the fund attached and will be satisfied therefrom, as authorized by 42 Pa.C.S.A. Section 2503:

| | |
|---|---|
| Garnishee's fee pursuant to 42 Pa. C.S.A Section 2503: | $200.00 |
| Notary Charges: | $ 0.00 |
| Entry of Appearance: | $ 0.00 |
| Answers to Interrogatories: | $ 0.00 |
| Order to Discontinue or Satisfy: | $ 0.00 |
| Other: | $ 0.00 |
| TOTAL: | $200.00 |

JON C. SIRLIN, Attorney ID #17498
SIRLIN GALLOGLY & LESSER, PC
1529 Walnut Street, Suite 600
Philadelphia, PA 19102
215-864-9700
Attorney for Garnishee

Costs are hereby taxed in the amount of $_____ this ____ day of _____, 2004.

_____
PROTHONOTARY

BY: _____